USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CEDRIC BISHOP, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

TOTAL DENTAL IMPLANT SOLUTIONS LLC, D/B/A CONTEMPORARY DENTAL,

                Defendant.
----------------------------------------------------------------X

Case No.: 18-CV-02015 (LGS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS FURTHER STIPULATED AND AGREED, that Defendant is committed to improving the accessibility of its Website and as such, Defendant is updating its Website and is improving its accessibility to bring the Website into substantial compliance with Web Content Accessibility Guidelines (WCAG) 2.0 Level AA by December 31, 2018.

Dated: October 11, 2018
       New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

- 9 -

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
September 19, 2018

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

_____
Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:  New York, New York
September 19, 2018

JOSEPH H. MIZRAHI LAW, P.C.
*Attorneys for Plaintiff*

_____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12 Fl.
New York, NY 11201
(917) 299-6612